**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Robert Lee Reeves, Appellant.

Appellate Case No. 2016-002369

———————

Appeal From Aiken County
R. Lawton McIntosh, Circuit Court Judge

———————

Unpublished Opinion No. 2018-UP-138
Submitted March 1, 2018 – Filed April 4, 2018

———————

**APPEAL DISMISSED**

———————

Appellate Defender Susan Barber Hackett, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General John Benjamin Aplin, both of Columbia, for Respondent.

———————

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, GEATHERS, and MCDONALD, JJ., concur**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.